**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | 10-04406 | |
| ) | | |
| **Douglas Wilkerson** ) | Chapter 7 | |
| **Renee C. Wilkerson** ) | | |
| Debtor(s) ) | Judge Black | |
| ) | | |

**NOTICE OF RECISSION OF REAFFIRMATION AGREEMENT**

*To the following persons or entities who were served via regular U.S. Mail:*

Douglas & Renee Wilkerson, 334 Prairie, Calumet City, IL 60409
Wells Fargo Financial, 4137 121st St., Urbandale, IA 50323

> **Please take notice that the Debtors, DOUGLAS and RENEE WILKERSON, through their attorneys David M. Siegel & Associates, do hereby rescind the Reaffirmation Agreement made with Wells Fargo Financial, docket number 16.**

               /s/ Charles H. Shepard, Jr.
            Charles H. Shepard, Jr., A.R.D.C. #6297615
                   Attorney for Debtors

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing the same in the U.S. Mail at Wheeling, IL 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00pm on February 23, 2010.

               /s/ Charles H. Shepard, Jr.
            Charles H. Shepard, Jr., A.R.D.C. #6297615
                   Attorney for Debtors

David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100